

# IN THE
# TENTH COURT OF APPEALS

### No. 10-08-00397-CV

### EX PARTE C.C.M.

**From the 13th District Court
Navarro County, Texas
Trial Court No. 08-17260-CV**

## MEMORANDUM OPINION

The parties have filed a joint motion to reverse the trial court's judgment and render judgment denying the relief sought by appellee in his petition for expunction. *See* TEX. R. APP. P. 42.1(a)(2)(A). In accordance with the parties' agreement as expressed in their joint motion, we reverse the judgment of the trial court and render judgment that appellee take nothing by his suit.

FELIPE REYNA
Justice

Before Chief Justice Gray,
    Justice Reyna, and
    Justice Davis
Reversed and rendered
Opinion delivered and filed January 21, 2009
[CV06]